07 CV 7230

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL GLAUBER and IRENE GLAUBER,

                                      Plaintiffs,        **RULE 7.1 STATEMENT**

    -against-

J.B. HUNT TRANSPORT, INC., and
JASON ARTHUR JARVIS,
                                      Defendants.
------------------------------------------------------------------X

       ROBERT A. FITCH, a partner with the firm of NEWMAN FITCH ALTHEIM MYERS, P.C., attorney for the defendant, J.B. HUNT TRANSPORT, INC., and JASON ARTHUR JARVIS having an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

       The only parties who the undersigned knows to have any interest in the outcome of the action on behalf of the removing defendant, other than the removing defendant, are the following:

        J. B. Hunt Transport Services, Inc.
        J. B. Hunt Transport, Inc.
        J. B. Hunt Corporation
        L.A., Inc.

Dated: New York, New York
       August 13, 2007

                                            NEWMAN FITCH ALTHEIM MYERS, P.C.

                                            By: ROBERT A. FITCH (RF2198)
                                            Attorneys for Defendants
                                            J.B. HUNT TRANSPORT, INC,
                                            14 Wall Street
                                            New York, New York 10005-2101
                                            (212) 619-4350

To:  KAHAN & KAHAN
     Attorneys for Plaintiffs
     1328 Boston Post Road
     Larchmont, New York 10538
     (914) 630-1178