JUDGE BRIEANT      07 CV 7230

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL GLAUBER and IRENE GLAUBER,

                Plaintiffs,

-against-

J.B. HUNT TRANSPORT, INC., and
JASON ARTHUR JARVIS,

                Defendants.
-----------------------------------------------------------------X



RECEIVED AUG 1 4 2007 U.S.D.C. S.D. N.Y. CASHIERS

## NOTICE OF REMOVAL

The defendants J.B. Hunt Transport, Inc. and Jason Arthur Jarvis, removes this action from the Supreme Court, Westchester County to the United States District Court for the Southern District of New York.

1. The plaintiff commenced this action against J.B. Hunt Transport, Inc., and Jason Arthur Jarvis in the Supreme Court of the State of New York, Westchester County. A copy of the complaint is attached as **Exhibit A.**

2. The plaintiffs, Michael Glauber and Irene Glauber, are citizens of the State of New York and were citizens of the State of New York when this action was started in state court.

3. The defendants are citizens of states other than the State of New York and were citizens of states other than the State of New York when this action was started in state court.

    a) J.B. Hunt Transport Services, Inc. is an Arkansas corporation with a principal place of business in the State of Arkansas.

b) J.B. Hunt Transport, Inc. is (and was) a corporation incorporated in the State of Georgia with its principal place of business in the State of Arkansas.

c) Jason Arthur Jarvis (and was) a citizen of the State of Virginia.

4. The plaintiffs seek damages of more than $75,000 and sought damages of more than $75,000 when this action was started in state court.

5. This court has subject-matter jurisdiction over this action under section 1332(a)(1) of the Judicial Code, 28 U.S.C. § 1332(a)(1), because this action—both now and when it was started—is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. The defendants may, under section 1441(a) of the Judicial Code, 28 U.S.C. § 1441(a), remove this action to this court because this is a civil action of which the district courts of the United States have original jurisdiction that is brought in a state court

7. All defendants join in the removal of this action to this court.

Dated: New York, New York
August 13, 2007

_____
Robert A. Fitch. (RF2198)
Newman Fitch Altheim Myers, P.C.
Attorneys for Defendant
J.B. Hunt Transport, Inc.
14 Wall Street
New York, New York 10005-2101
(212) 619-4350
JBH 16136

# EXHIBIT A

A0502612

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
----------------------------------------------------------------x
MICHAEL GLAUBER and IRENE GLAUBER,         :    Date Filed: 12803-07
                                           :
                         Plaintiffs,       :    INDEX NO.:
                                           :
         -against-                         :    **SUMMONS**
                                           :
J.B. HUNT TRANSPORT, INC. and              :
JASON ARTHUR JARVIS                        :
                                           :
                         Defendants.       :
----------------------------------------------------------------x

To the above named Defendant:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on Plaintiffs' attorneys within 20 days after service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

**NOTICE OF NATURE OF ACTION AND RELIEF SOUGHT**

The object of the above captioned action is a tort claim in the amount of not less than $500,000 Dollars.

Dated: Larchmont, New York
       July 12, 2007

                                           KAHAN & KAHAN


Defendants Address:                        **DOUGLAS KAHAN, ESQ.**
P.O. Box 130                               Attorneys for Plaintiffs
615 J.B. Hunt Corporate Dr.                1328 Boston Post Road
Lowell, Arkansas 72745                     Larchmont, NY 10538
(479) 820-0000                             (914) 630-1178

9/1/07

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-------------------------------------------------------------------x
MICHAEL GLAUBER and IRENE GLAUBER,

                     Plaintiffs,                INDEX NO.:

         -against-                   VERIFIED COMPLAINT

J.B. HUNT TRANSPORT, INC. and
JASON ARTHUR JARVIS,

                    Defendants.
-------------------------------------------------------------------x

    Plaintiffs, by their attorney, KAHAN & KAHAN, complaining of the Defendants, upon information and belief, respectfully allege as follows:

## PARTIES

1. Plaintiff, Michael Glauber, resides at 1 Shadow Lane, Larchmont, New York, 10538.

2. Plaintiff, Irene Glauber, resides at 1 Shadow Lane, Larchmont, New York, 10538.

3. The Defendant, J.B. Hunt Transport, Inc. (hereinafter "J.B. Hunt"), was the owner of a motor vehicle involved in a motor vehicle incident on April 11, 2005. J.B. Hunt was and still is a corporation, duly licensed and existing under the Laws of the State of Georgia, with a place of business at 400 South Council, Oklahoma City, Oklahoma, 23179. On or about July 20, 1990, J.B. Hunt registered and obtained authority to do business in the State of New York as a Foreign Business Corporation and listed its principal place of business as 615 J.B. Hunt Corporate Drive, Lowell, Arkansas and its address for purposes of Service of Process by the Secretary of State of the State of New York as P.O. Box 130, 615 J.B. Hunt Corporate Dr., Lowell, Arkansas, 72745.

4. The Defendant, Jason Arthur Jarvis (hereinafter "Jarvis"), was the operator of said motor vehicle involved in a motor vehicle incident on April 11, 2005. Jarvis is a resident of the State of Virginia, with his address at 2509 E. VA. Beach Blvd., Norfolk, Virginia, 23504.

## AS A FIRST CAUSE OF ACTION
## ON BEHALF OF PLAINTIFF, MICHAEL GLAUBER:

5. This plaintiff repeats, reiterates and realleges each and every Paragraph of this Complaint numbered "1" through and including "4" as if fully set forth herein

6. That the JB Hunt's motor vehicle was involved in a motor vehicle incident on the Long Island Expressway in the County of Queens, State of New York.

7. That on April 11, 2005, J.B. Hunt's motor vehicle was being operated on the Long Island Expressway in the County of Queens, near 168th Street.

8. That on April 11, 2005, the vehicle owned, operated and controlled by the defendant's struck plaintiffs' motor vehicle in the rear, causing plaintiffs to sustain severe personal injuries.

9. That this plaintiff has sustained serious permanent injuries, as defined in Section 5102 et seq. of the Insurance Law of the State of New York and is a qualified person thereunder.

10. That said accident and injuries were caused by reason of the carelessness and negligence of the defendant J.B. Hunt and its motor vehicle operator, defendant Jarvis, in that they failed to exercise reasonable care under the circumstances; in striking another vehicle in the rear on the roadway; in that they operated their motor vehicle at an excessive rate of speed under the circumstances; in that the defendant Jarvis failed to give a timely signal or warning of their approach; in that they operated their motor vehicle so that they failed to obey the Vehicle and Traffic Laws in the State of New York, as well as the local Traffic Department Rules and Regulations in such cases made and provided at the location of the accident, and the defendant's were further careless and negligent in failing and omitting to take precautions for the safety of this plaintiff.

11. That as a result thereof, this plaintiff sustained severe personal injuries, both internal and external, to diverse parts of his body, some of which injuries will remain permanent.

12. That as a result thereof, this plaintiff was obligated to and did employ medical care, aid and attention, which included surgical procedure to repair an ankle fracture, in an attempt to cure himself of his injuries sustained in the injuries suffered on April 11, 2005 and he may, in the future, be obliged to incur further expenses for medical care and attention and will incur further loss and damages.

13. That as a result thereof, this plaintiff suffered losses to his property including the total loss of his automobile, his camera, a cell phone as well as incidental losses of wages and the incurrence of out-of-pocket costs

14. That as a result thereof, this plaintiff sustained damages in the sum of FOUR HUNDRED FIFTY THOUSAND and 00/100 ($450,000.00) DOLLARS.

### AS A SECOND CAUSE OF ACTION ON BEHALF OF PLAINTIFF, IRENE GLAUBER:

15. This plaintiff repeats, reiterates and realleges each and every Paragraph of this Complaint numbered "1" through and including "13" as if fully set forth herein.

16. That this plaintiff is the wife of the plaintiff, Michael Glauber, and she, Irene Glauber, as a result of the incident that occurred on April 11, 2005 has lost the comfort, society and services of her husband thereby sustaining damages in the sum of FIFTY THOUSAND and 00/100 ($50,000.00) DOLLARS.

**WHEREFORE**, plaintiffs MICHAEL GLAUBER and IRENE GLAUBER demand judgment against the defendants for the First Cause of Action in the sum of $450,000.00 (Four Hundred Fifty Thousand Dollars) and for the Second Cause of Action in the sum of $50,000.00 (Fifty Thousand Dollars) together with the interests, costs and disbursements of this action.

Dated: Larchmont, New York
      July 12, 2007

                              KAHAN & KAHAN

                              By: _____
                                Douglas E. Kahan
                                1328 Boston Post Road
                                Larchmont, New York  10538
                                (914) 630-1178

# VERIFICATION

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF WESTCHESTER )

Michael Glauber, being duly sworn, deposes and says:

I am one of the plaintiffs in the action herein; I have read the pre-fixed complaint and know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

_____
Michael Glauber

Sworn to before me this 12th day
of July, 2007

_____
NOTARY PUBLIC

MICHAEL GOTTFRIED
Notary Public, State of New York
No. 02GO6016444
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Nov 23, 2011

5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER                                    Index No

MICHAEL GLAUBER AND IRENE GLAUBER,

                Plaintiffs,

   -against-


J.B.HUNT TRANSPORT, INC. AND
JASON ARTHUR JARVIS,



                Defendants


## SUMMONS AND VERIFIED COMPLAINT




**KAHAN & KAHAN**
Attorneys for Plaintiffs
1328 Boston Post Road
Larchmont, New York 10538
Telephone (914) 630-1178

Signature_____   Service of a copy of the within is hereby admitted
                                       Dated:_____

JUDGE BRIEANT   07 CV 7230

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GLAUBER and IRENE GLAUBER,

                                           Plaintiffs,      **RULE 7.1 STATEMENT**

    -against-

J.B. HUNT TRANSPORT, INC., and
JASON ARTHUR JARVIS,

                                     Defendants.
------------------------------------------------------------X

RECEIVED AUG 1 4 2007 USDC CASHIERS

       ROBERT A. FITCH, a partner with the firm of NEWMAN FITCH ALTHEIM MYERS, P.C., attorney for the defendant, J.B. HUNT TRANSPORT, INC., and JASON ARTHUR JARVIS having an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

       The only parties who the undersigned knows to have any interest in the outcome of the action on behalf of the removing defendant, other than the removing defendant, are the following:

        J. B. Hunt Transport Services, Inc.
        J. B. Hunt Transport, Inc.
        J. B. Hunt Corporation
        L.A., Inc.

Dated: New York, New York
       August 13, 2007

                                      NEWMAN FITCH ALTHEIM MYERS, P.C.

                                      By: ROBERT A. FITCH (RF2198)
                                      Attorneys for Defendants
                                      J.B. HUNT TRANSPORT, INC,
                                      14 Wall Street
                                      New York, New York 10005-2101
                                      (212) 619-4350

To:    KAHAN & KAHAN
        Attorneys for Plaintiffs
        1328 Boston Post Road
        Larchmont, New York 10538
        (914) 630-1178

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss:
COUNTY OF NEW YORK   )

**MELISSA CABAN**, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Monmouth County, New Jersey.

On August 15, 2007 I served the **Cover Sheet, Notice of Removal and with Federal Rules Civil Procedure 7.1 Statement** upon the attorney(s) listed below at the address designated by said attorneys and for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:   KAHAN & KAHAN
      Attorneys for Plaintiffs
      1328 Boston Post Road
      Larchmont, New York 10538
      (914) 630-1178

_____
Melissa Caban

Sworn to before me this
15th day of August, 2007

_____
Notary Public

LAURA J. PROCIDA
Notary Public, State of New York
No. 01PR6114513
Qualified in Nassau County
Commission Expires August 16, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GLAUBER and IRENE GLAUBER,

*Plaintifsf,*

-against-

J.B. HUNT TRANSPORT, INC. and JASON ARTHUR JARVIS,

*Defendants.*

## CIVIL COVER SHEET, NOTICE OF REMOVAL AND RULE 7.1 STATEMENT

NEWMAN FITCH ALTHEIM MYERS, P.C.
*Attorneys for Defendants – J.B. HUNT TRANSPORT, INC &
JASON ARTHUR JARVIS
Office and Post Office Address, Telephone*

14 WALL STREET
NEW YORK, N.Y. 10005-2101
(212) 619-4350

| To | Signature (Rule 130-1.1-a) |
|---|---|
|  | Print name beneath |
| Attorney(s) for |  |

Service of a copy of the within                                    is hereby admitted.

Dated,
                              Attorney(s) for

Please take notice

**NOTICE OF ENTRY**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

**NOTICE OF SETTLEMENT**
that an order                                    of which the within is a true copy will be presented for
settlement to the HON.                           one of the judges
of the within named court, at
on                        at                     M

Dated,                                           Yours, etc.
                                                 NEWMAN FITCH ALTHEIM MYERS, P.C.
                                                 *Attorneys for*
To                                               Office and Post Office Address
                                                 14 WALL STREET
Attorney(s) for                                  NEW YORK, N.Y. 10005-2101