UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------x

GLAUBER

                           Plaintiff,

        -against-

JB HUNT TRANSPORT

                         Defendant.  
-----------------------------------------------------------------x

Rev. 3/01

ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE

07 Civ. 7230 (CLB)(GAY)

The above entitled action is referred to the Honorable George A. Yanthis, , United States Magistrate Judge. The purpose(s) for the reference is/are the following:

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | General Pretrial/Including Initial Case Management Conference<br>- or - | \_\_\_\_\_ | Trials under 28 U.S.C. § 636(c) |
| \_\_\_\_\_ | General Pretrial/After Initial Case Management Conference held by District Judge | \_\_\_\_\_ | Inquest (After default) |
| \_\_\_\_\_ | Discovery motion or other motion which does not require a report and recommendation (Do not check if assigned by GPT) | \_\_\_\_\_ | Contested Damages Hearing |
| \_\_\_\_\_ | Discovery Disputes only when District Judge is unavailable (Do not check if assigned for GPT) | \_\_\_\_\_ | Dispositive motion (i.e. motion requiring a report and recommendation) |
| \_\_\_\_\_ | Settlement (Do not check if assigned for GPT) | \_\_\_\_\_ | Habeas Corpus |
| \_\_X\_\_ | All purposes permitted by law. | | |

SO ORDERED.

Dated: White Plains, New York  
        March 6, 2008

                                                                           *Charles Brieant*  
                                                       Charles L. Brieant, U.S.D.J.