# NEWMAN FITCH ALTHEIM MYERS, P.C.

ROBERT A. FITCH
JAN KEVIN MYERS
CHARLES W. KREINES
OLIVIA M. GROSS
IAN F. HARRIS
STEPHEN N. SHAPIRO
CHARLES DEWEY COLE, JR.**
DEREK E. BARRETT*

MICHAEL H. ZHU

RICHARD E. NEWMAN (1921-2006)
ABRAHAM S. ALTHEIM (1954-2005)

ATTORNEYS AT LAW

14 WALL STREET

NEW YORK, NY 10005-2101

(212) 619-4350

FAX: (212) 619-3622

www.nfam.com

NEWMAN FITCH ALTHEIM MYERS
A PARTNERSHIP AFFILIATED WITH NEWMAN FITCH ALTHEIM MYERS, P.C.
744 BROAD STREET
NEWARK, NEW JERSEY 07102
(973) 824-2600
FAX: (973) 824-2993

ABRAHAM A. FRIEDMAN
JANINE SILVER
THOMAS J. CHAVES*
PAUL V. GILBERTO
MARTIN I NAGEL
THOMAS P. RYAN, JR
MATTHEW S. MARINO**
LON V. HUGHES
RICHARD E. SCHEMDAKE
STEPHEN M. BIGHAM
ANTHONY D. LUIS
DAVID P. TURCHI
DANIEL A. ALTER
HOWARD B. ALTMAN
AMARA S. FAULKNER
LUIS G. SABILLON*
ADRIENNE YARON
LAURA J. PROCIDA*
JENNIFER A. LEE*

* ALSO ADMITTED IN NJ
** ALSO ADMITTED IN CA
*** ALSO ADMITTED IN NJ, DC & TX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

March 4, 2008

Via Federal Express
8581 2000 4030
Hon. Charles L. Brieant
United States District Court
300 Quarropas Street – Room 275
White Plains, N.Y. 10601

Docket in case # ___CV/CR___
As: X ....
Date: 3/27/08

RE: MICHAEL GLAUBER and IRENE GLAUBER
v. J.B. HUNT TRANSPORT, INC.
and JASON ARTHUR JARVIS
Our File No.: JBH 16136

Dear Honorable Brieant:

Our office represents the defendants in connection with the above referenced matter. Pursuant to the pre-trial order, dated November 8, 2007, the deadline date for the completion of depositions is March 14, 2008 discovery deadline of April 15, 2008. I write this letter, with the consent of the plaintiff, to request an extension of the deposition and discovery deadline, and an adjournment of the May 9, 2008 trial date so that necessary and material discovery can be completed.

To date, documents demands and written interrogatories of the Defendants have been answered. The deposition of the plaintiff Michael Glauber was completed February 28, 2008. Defendants recently requested the scheduling of a deposition of plaintiff Irene Glauber.

Document demands and written interrogatories propounded by the Plaintiffs have been answered; the parties are trying in good faith to work through a few remaining discovery issues.

Plaintiff noticed the depositions of defendant Jason Arthur Jarvis and a designee of defendant J.B. Hunt under Fed. R. Civ. P. 30(b)(6); in the interests of economy, J.B. Hunt

NEWMAN FITCH ALTHEIM MYERS, P.C.
Page 2

has designated Mr. Jarvis to be deposed as their Rule 30(b)(6) witness. The deposition of defendants' witness has been rescheduled, most recently to March 7, 2008, due to the lack of availability of Mr. Jarvis, who resides and works out of New York State. The defendant driver is not an employee of J.B. Hunt and is not under J.B. Hunt's control and lives in Virginia.

Once the party depositions are completed, there are non-party depositions (other than experts). The parties anticipate the need to take the deposition of Navid Turbatian (who was the driver of another vehicle in the accident), and plaintiff indicates that they may want to take the deposition of defendant J.B. Hunt's investigator. Expert depositions are also behind schedule because of the trouble we had with scheduling Mr. Jarvis' deposition and will now go past the current the March 14, 2008 deadline. At Mr. Glauber's deposition, defendant requested and plaintiff agreed to provide authorizations for defendant to obtain certain x-rays and MRI's. The x-rays are necessary for review for plaintiff's medical examination. Hence, we are making this request for the extensions.

Therefore, based on the fact that necessary and material discovery still needs to be completed (e.g., paper and radiographic discovery, depositions, and Independent Medical Exam) it is respectfully requested that the deposition deadline be scheduled to April 14, 2008 discovery deadline be extended to May 14, 2008 and trial adjourned to June 9, 2008. Plaintiff's counsel has consented to these extensions.

Sincerely,

NEWMAN FITCH ALTHEIM MYERS, P.C.

ANTHONY D. LUIS (AL0678)

ADL

cc: Kahan and Kahan
    1328 Boston Post Road
    Larchmont, NY 10538

SO ORDERED

_____
Hon. Charles L. Brieant