# KAHAN & KAHAN

Attorneys at Law
225 Broadway - Suite 715
New York, New York 10007
(212) 566-2566
FAX (212) 566-8165



DOUGLAS KAHAN
ROBERT KAHAN

---

FREDERICK SOSINSKY
LOUIS V. FASULO
MICHAEL GOTTFRIED
MARC ALSTER
*of counsel*

Westchester Office:
1328 Boston Post Road
Larchmont, New York 10538
Tel: (914) 630-1178
Fax: (914) 630-0043



March 28, 2008

Honorable George Yanthos
United States District Court for the
   Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Michael Glauber and Irene Glauber v.
      Jason Arthur Jarvis and J.B. Hunt Transport, Inc.

Dear Magistrate Judge Yanthos:

   We represent the Plaintiffs in the above-captioned action pending under the case number CV 07-7230.

   We write in furtherance of Your Honor's request on this morning's teleconference to confirm that the discovery cutoff date has been extended until May 14, 2008. It was also agreed that all expert reports would be issued 30 days thereafter, and that a schedule for expert depositions would be coordinated on or before the next teleconference, which was scheduled for 9:30 a.m. on Monday May 12, 2008.

During this time period, Counsel for the Defendants agreed, along with the other discovery that needs to be completed, to address the various issues raised in our letter to the Court dated March 21, 2008 in a manner that will resolve those issues. Until such time as we have had the opportunity to review what counsel will be providing, we will respectfully preserve our clients' rights with respect to the aforementioned deficiencies.

Lastly, we have adjourned the noticed deposition of Mr. Thomas Brew for a few weeks to permit the Plaintiff to be examined by Defendant's selected independent medical examiner after which time Defendants counsel has indicated a responsive settlement proposal would be put forth.

We remain hopeful that this rear-end collision case will proceed smoothly to an orderly conclusion and thank the Court for its courtesies.

Respectfully,

Douglas Kahan

cc:
Michael Gottfried, Esq.

Robert Fitch, Esq.
Newman Fitch Altheim Myers, P.C.
14 Wall Street
New York, NY 10005