Douglas E. Kahan (DK-4282)
**Kahan & Kahan**
1328 Boston Post Road
Larchmont, NY 10538
(914) 630-1178



Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL GLAUBER and IRENE GLAUBER,

                     Plaintiffs,

                -against-

J.B. HUNT TRANSPORT, INC. and
JASON ARTHUR JARVIS,

                    Defendants.
-----------------------------------------------------------x

INDEX NO.: CV-07-7230

**STIPULATION
AND ORDER
(1) DETERMINING LIABILITY,
(2) STAYING DISCOVERY,
(3) FIXING DATE OF MEDIATION**

      Upon this Court's Orders dated August 20, 2007, November 9, 2007 and March 27, 2008; and the parties having met and conferred pursuant the requirements of Fed. R. Civ. P. 16(a), exchanged documents and taken depositions of party witnesses; and determined to stay the proceeding, including any pending discovery disputes, to permit the Court to attempt to mediate a global resolution of this litigation; and upon the representations of counsel on the telephonic conference held by this Court on May 12, 2008;

    NOW THEREFORE, it is hereby Ordered on consent of the parties that:

1) Defendants have conceded liability for the accident of April 11, 2005. The trial in this action, if necessary, shall be to determine and to fix the amount of damages resulting from the foregoing accident.

2) The deadlines in the Scheduling Orders are suspended and discovery is stayed pending the parties' efforts to settle the matter.

3) The parties shall appear at a Court-supervised mediation in Chambers on July 15, 2008.

4) The parties' respective rights, defenses and claims, other than those that are resolved and determined pursuant to this Stipulation are expressly reserved and preserved, including but not limited to N.Y. State No-Fault Threshold defenses.

5) This stipulation and Order may be filed without further notice with the Clerk of the Court.

Dated: Larchmont, New York
June 16, 2008

Kahan & Kahan

By: _____
Douglas Kahan (DK-4282)
1328 Boston Post Road
Larchmont, New York 10538
(914) 630-1178

Attorneys for Plaintiffs

Dated: New York, New York
June 12, 2008

Newman Fitch Altheim Meyers, P.C.

By: _____
Robert Fitch (RAF-) 2198
14 Wall Street
New York, New York 10005-2101
(212) 619-4350

Attorneys for Defendants

IT IS SO ORDERED
THIS 20 DAY OF June, 2008

_____
United States Magistrate Judge