

# KAHAN & KAHAN

Attorneys at Law
225 Broadway - Suite 715
New York, New York 10007
(212) 566-2566
FAX (212) 566-8165

DOUGLAS KAHAN
ROBERT KAHAN

FREDERICK SOSINSKY
LOUIS V. FASULO
MICHAEL GOTTFRIED
MARC ALSTER
of counsel

Westchester Office:
1328 Boston Post Road
Larchmont, New York 10538
Tel: (914) 630-1178
Fax: (914) 630-0043

**MEMO ENDORSED**

July 7, 2008

Via Facsimile
Honorable George Yanthos
United States District Court for the
  Southern District of New York
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
[stamp illegible]

Re: Michael Glauber and Irene Glauber v.
    Jason Arthur Jarvis and J.B. Hunt Transport, Inc.

Dear Magistrate Judge Yanthos:

We represent the Plaintiffs in the above-captioned action pending under the case number CV 07-7230.

We write to inform the Court that the parties reached a settlement of the lawsuit last Thursday, and are in the process of preparing a settlement agreement and stipulation of discontinuance with prejudice under Federal Rule of Civil Procedure 41(a). We aim to submit this Stipulation Dismissal Order to the Court promptly, hopefully within the next week.

Separately, the Parties were directed to appear for a Court supervised mediation in Chambers on July 15, 2008. We respectfully request that the Court amend the prior scheduling Order to reflect that the mediation shall no longer be required.

*Application Granted*
*So Ordered. George A. Yanthos, USMJ, 7/9/08*