UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MICHAEL GLAUBER AND IRENE GLAUBER, :
:
               Plaintiffs, :
: 07 Civ. 7230 (CB)
        - against - :
:
J.B. HUNT TRANSPORT, INC AND JASON : STIPULATION OF
ARTHUR JARVIS, : DISMISSAL WITH PREJUDICE
:
               Defendants. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

IT IS SO ORDERED.

The _____ day of August, 2008
White Plains, New York

                                                     _____
                                                     United States Magistrate Judge

KAHAN & KAHAN                                    NEWMAN FITCH ALTHEIM MEYERS, P.C.

By: _____              By: _____
   Douglas Kahan, Esq. (DK-4282)              Robert A. Fitch, Esq. (RAF-2198)
1328 Boston Post Road                             14 Wall Street
Larchmont, NY 10538                              New York, New York 10005-2101
Telephone No (914) 630-0044                 Tel: (212) 619-4350

**Attorneys for Plaintiffs**                             **Attorneys for Defendants**