UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL GLAUBER AND IRENE GLAUBER, :

                         Plaintiffs,

                  - against -

J.B. HUNT TRANSPORT, INC. AND JASON
ARTHUR JARVIS,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 7230 (CB)

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all of the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

IT IS SO ORDERED.

The **24** day of ~~August~~ September, 2008
White Plains, New York

_____
United States ~~Magistrate~~ District Judge

KAHAN & KAHAN

By: _____
    Douglas Kahan, Esq. (DK-4282)
1328 Boston Post Road
Larchmont, NY 10538
Telephone No. (914) 630-0044

**Attorneys for Plaintiffs**

NEWMAN FITCH ALTHEIM MEYERS, P.C.

By: _____
    Robert A. Fitch, Esq. (RAF-2198)
14 Wall Street
New York, New York 10005-2101
Tel: (212) 619-4350

**Attorneys for Defendants**